1

2

3

4

5

6                      UNITED STATES DISTRICT COURT

7                      EASTERN DISTRICT OF CALIFORNIA

8

9    DEVONTE B. HARRIS,                        1:22-cv-00204-HBK (PC)

10                 Plaintiff,

                                               ORDER TO SUBMIT APPLICATION
11          v.                                 TO PROCEED *IN FORMA PAUPERIS*
                                               OR PAY FILING FEE WITHIN 30 DAYS
12   E. SILVA, et al,

13                 Defendants.

14

15          Plaintiff initiated this action by filing a *pro se* civil rights complaint under 42 U.S.C. §

16   1983 on February 17, 2022.  (Doc. No. 1).  Plaintiff did not accompany the complaint with the

17   $402.00 filing fee or an application to proceed *in forma pauperis* under 28 U.S.C. § 1915.

18          Accordingly, it is **ORDERED**:

19          Within **thirty (30) days** of receipt of this order, Plaintiff shall either: (1) complete the

20   attached application to proceed *in forma pauperis*; or (2) pay the $402.00 filing fee.  If Plaintiff

21   fails to timely comply with this order, the undersigned will recommend the Court dismiss this

22   case for Plaintiff's failure to comply with a court order and/or prosecute this action.

23   Dated:    February 18, 2022

24                                             HELENA M. BARCH-KUCHTA
                                               UNITED STATES MAGISTRATE JUDGE
25

26

27

28

                                                    1