UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B. HARRIS<br><br>        Plaintiff,<br><br>    v.<br><br>E. SILVA, A. PEDERSON, MATTA, J. CERDA, KEN CLARK<br><br>        Defendants. | No. 1: 22-cv-00204-HBK<br><br>ORDER DIRECTING CLERK TO SEND PLEADINGS TO APPROPRIATE INSTITUTIONAL OFFICIAL<br><br>(Doc. No. 2) |

The court regularly receives pleadings or notices from confined persons who are proceeding *pro se* on action in the court which contain allegations of suicide, danger of death, or imminent serious physical harm to themselves or to others.  In an abundance of caution, the court expediates notice of such allegations to the appropriate state or federal officials for whatever action those officials deem appropriate.

Accordingly, it is ORDERED**:**

1. The Clerk shall forward a copy of Plaintiff's Motion for Preliminary Injunction (Doc. No. 2) which contains allegations of imminent physical harm by a confined person to the appropriate officials at California State Prison, Corcoran for handling as officials deem appropriate.

2. The Clerk shall indicate on the docket the name of the official(s) to whom notice was provided and upon receipt the official shall confirm receipt thereof.

3. This Order is not a ruling on the allegations or relief requested in the notice or pleading or the merits of allegations in this case but is provided for informational purposes only.  No response is required from officials to the Order.

Dated:  February 22, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE