UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B. HARRIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>E. SILVA; et al.<br><br>　　　　Defendants. | Case No.  1:22-cv-204-DAD-HBK<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR A RULING<br><br>(Doc. No.  8) |

　　　　Pending before the Court is Plaintiff's request for a ruling on his motion for a temporary restraining order ("TRO") filed March 7, 2022. (Doc. No. 8).  Plaintiff acknowledges after the Court provided notice of his motion for TRO to correctional officials, Defendant Cerda asked if he has safety concerns and whether he wants to be placed in protective custody to which Plaintiff responded no. (*Id.* at 3).

　　　　Plaintiff states Defendants are moving "full steam ahead" with his transfer because, on March 3, 2022, non-defendant Sanchez-Madrigal advised Plaintiff he was approved for transfer to general population at High Desert State Prison.  (*Id.* at 3-4).   Plaintiff believes Defendants are "employing on either/or fallacy of general population or protective custody to accomplish their ulterior motive of transferred me and my litigiousness." (*Id.* at 4) (grammatical errors in original). Plaintiff maintains correctional officials should not be changing his housing status based on his prisoner record.  Plaintiff raised these same issues in his earlier filed motion for a TRO.  This

same day, the Court issued Findings and Recommendations on Plaintiff's motion for TRO. (Doc. No.10).

Accordingly, it is **ORDERED**:

Plaintiff's motion for ruling (Doc. No. 8) is GRANTED *to the limited extent* the Court has issued Findings and Recommendation on Plaintiff's motion for a temporary restraining order.

Dated:  April 14, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE