UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B. HARRIS,<br><br>            Plaintiff,<br><br>    v.<br><br>E. SILVA, et al.,<br><br>            Defendants. | No.  1:22-cv-00204-DAD-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 10) |

Plaintiff Devonte B. Harris is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  (Doc. No. 1.)  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 14, 2022, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's motion for a preliminary injunction be denied.  (Doc. No. 10.)  Specifically, the assigned magistrate judge concluded that plaintiff has not shown that he is likely to suffer irreparable harm.  (*Id.* at 5.)  Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service.  (*Id.* at 8.)  On May 2, 2022, plaintiff filed objections with the court.  (Doc. No. 12.)  Therein, plaintiff does not advance a persuasive argument as to how he is likely to suffer irreparable harm so as to warrant the extraordinary remedy of immediate injunctive relief against defendants.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including plaintiff's objections, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on April 14, 2022 (Doc. No. 10) are adopted;
2. Plaintiff's motion for a preliminary injunction (Doc. No. 2) is denied; and
3. This action is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **August 9, 2022**

UNITED STATES DISTRICT JUDGE