UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B. HARRIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>E. SILVA, ET. AL.,<br><br>　　　　　Defendants. | Case No.  1:22-cv-00204-ADA-HBK (PC)<br><br>ORDER MOOTING PLAINTIFF'S MOTION FOR COURT TO ORDER CDCR TO DEDUCT APPELLATE FILING FEE<br><br>(Doc. No.  21) |

　　　　Pending before the Court is Plaintiff's motion for court order to CDCR to deduct filing fee from the inmate trust account filed on September 21, 2022.[1] (Doc. No. 21).  Plaintiff requested that the Clerk direct correctional officials to deduct his account to pay for an appellate filing fee. (*See id.*).  On November 23, 2022, the Ninth Circuit Court of Appeal filed an order granting Plaintiff's notice of voluntary dismissal of his appeal. (Doc. No. 22).

　　　　Accordingly, it is **ORDERED**:

　　　　Plaintiff's motion for Court to order CDCR to deduct filing fee (Doc. No. 21) is MOOT.

Dated:　December 9, 2022

　　　　　　　　　　　　　　　　　　　　　　　　／s／ Helena M. Barch-Kuchta
　　　　　　　　　　　　　　　　　　　　　　　　HELENA M. BARCH-KUCHTA
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] The Court further notes Plaintiff has a motion for screening pending review. (Doc. No. 20).  By separate order, the Court will address both the motion and issue a screening order.