UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE BERNARD HARRIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>E. SILVA, et al.,<br><br>　　　　Defendants. | Case No. 1:22-cv-0204-ADA-HBK<br><br>ORDER FINDING PLAINTIFF'S MOTION FOR EXTENSION OF TIME MOOT<br><br>(Doc. No. 30) |

　　　　Pending before the Court is Plaintiff's Motion for Extension of Time, filed April 18, 2023. (Doc. No. 30). Plaintiff, who is a prisoner, moves for additional time to file objections to the findings and recommendations issued by the undersigned on March 28, 2023. (Doc. No. 28). Plaintiff seeks an additional seven days, until April 20, 2023, to file his objections because he did not receive the findings and recommendations until April 6. (Doc. No. 30 at 2). The 14-day deadline for responding to the findings and recommendations did not commence until Plaintiff was served. (*See* Doc. No. 28 at 11, "Within fourteen (14) days after being served with these findings and recommendations, a party may file written objections with the Court.") Plaintiff acknowledges he was served with the findings and recommendations on April 6, 2023. Thus, Plaintiff has until April 20, 2023 to deliver timely objections to the March 28, 2023 findings and recommendations to correctional officials for mailing.[1]

---

[1] The mailbox rule applies to Plaintiffs' filings to court orders due to his prisoner status.

1

Accordingly, it is **ORDERED**:

Plaintiff's Motion for Extension of Time (Doc. No. 30) is moot. To be timely, Plaintiff must deliver his objections to findings and recommendations to correctional officials for mailing **no later than April 20, 2023**.

Dated:   April 19, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE